UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

(SPRINGFIELD DIVISION)

| | |
|---|---|
| Sharif Sayyid El Bey<br><br>Plaintiff,<br><br>vs.<br><br>COMMONWEALTH OF MASSACHUSETTS<br><br>Defendant | Case No.: 2343CR001719<br><br>NOTICE OF REMOVAL |

NOTICE OF REMOVAL

Defendant Sharif Sayyid El Bey hereby removes case no: 2343CR001719, from Palmer District court, MASSACHUSETTS, to the UNITED STATES DISTRICT court for the District of Massachusetts pursuant to 28 U.S.C. 1441,1332, and 1446, and as grounds for its removal states as follows:

1. On 10/16/2023, Plaintiff Justin Wall filed a complaint in the Palmer District court for Palmer, Massachusetts Case no:2343CR001719, (the 'state court Action') A copy of the complaint, with exhibits is attached as exhibit A hereto:

2. This complaint purports to Asset 5 causes of action including:

(A) Violation of the Article 4 and 5 article 6 of the Constitution

(B) Violation of the treaty of peace and friendship of 1786-1787

(C) Violation of the treaty of article 21 and 22 of the treaty of amenity and commerce of 1787

(D) Violation of 18 U.S.C 241, 242, 1028, 1091(a)(4), 1584, 1621.

(E) Declaratory and injunctive relief, Plaintiff claims is Based on their contention that JUSTIN WALL, SHAWN BALDWIN failed to provide a satisfactory (Due Care) in purported violation of the constitution and treaties.

3. Plaintiff purport to bring each of the claims on behalf of himself.

4. The relief plaintiff seek on behalf, includes, inter alia (A) compensatory damages for himself in and unspecified amount (B)compensatory damages "mot more than $4.999.000, subject to amendment", reasonable fee and costs" for Plaintiff, (A)an order vacat[ing], Dismissal, any

NOTICE OF REMOVAL - 1

tickets/fee's in which Palmer police department proceeded through its agents and affiliates, with a ticket when a proper contract or corpus delicti was never provided to the plaintiff (C)

5. Appropriate injunctive relief, including a permanent injunction on any tickets/fee's actions currently pending or to be instituted against the [sic] Sharif Sayyid El Bey, and (D) such other and further relief as the court deems just and proper.

DIVERSITY JURISTDICTION UNDER 28 U.S.C. 1441

6. This court has jurisdiction over this matter under 28. U.S.C.1441, Because there's compete diversity of citizenship between plaintiff and Palmer District court and more than $75,000, exclusive of interest and costs is at stake.

7. Plaintiff is a Foreign National of the Several States of AL MOROCCO.

December 26, 2023

*Sharif Sayyid El Bey*
Name

NOTICE OF REMOVAL - 2

Palmer District Court of MASSACHUSETTS

Sharif Sayyid El Bey

    Plaintiff,

vs.

COMMONWEALTH OF MASSACHUSETTS

    Defendant

Case No.: 2343CR001719

NOTICE OF FILING NOTICE OF REMOVEL IN THE UNIED STATES DISTRICT COURT FOR THE DISTRICT OF MASSCHUSETTS

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT, on December 26, 2023. Defendant Sharif Sayyid El Bey, filed a Notice of Removal, pursuant to 28 U.S.C 1332, 1441, and 1446, removing the above captioned action from the Palmer District Court for Palmer, Massachusetts to the United States district court for the District of Massachusetts, a true and correct copy of the Notice of Removal is attached hereto as exhibit 1.

PLEASE TAKE FURTHER NOTICE: that upon the filing of the Notice of Removal with the Clerk for Palmer District Court for Palmer, Massachusetts, he Defendant has effected removal and the Palmer District court shall proceed no further in this action.

December 26, 2023

*/s/ Sharif Sayyid El Bey*
Name

NOTICE OF FILING NOTICE OF REMOVEL IN THE UNIED STATES DISTRICT COURT FOR THE DISTRICT OF MASSCHUSETTS - 1

FACTUAL ALLEGATIONS

Unlawfully arrested while traveling with Due care.

Repeatedly HARASSED by State and Local Police.

Physically abused with an arm lock while in handcuffs.

Denationalized by being called outside of my race, culture and nationality by being LABELED as "BLACK", 'SOVERIEGN CITIZIEN", ETC.

Conspiracy to Kidnapping and Placed me in bondage and taken to an unknown facility where I was told to say under COERCION, DURESS, TREAT of MISPRISION, to commit PERJURY, FRAUD, to say I am "MATTHEW DAVILA" to be released.

Conspiracy to kidnapping and Placed in bondage and taken to an unknown facility where I was offered A $500 RANSOM.

Depravation of Rights I was treated as and LABELED as a Criminal over a Civil Infraction.

Deprivation of Rights I was processed through a State level court system with no Due Process of Law.

Dehumanized and placed in inhumane conditions.

Repeated attempts to force an identity on me in order for the State level courts to Fraudulently gain Personam Jurisdiction over me.

There is no evidence that the alleged corpus delicti or contract breach was never provided to give the court jurisdiction.

DEFENDANT'S NAME - 1
JUSTIN WALL.
DEFENDANT'S NAME -2
SHAWN BALDWIN.

Due to the fact that agents of the Municipal city of PALMER, MASSACHUSETTS and the commonwealth of Massachusetts have violated the state and federal constitution which they are bound thereby this tort claim is being filed against them.

the municipal agent of the PALMER POLICE department i.e. JUSTIN WALL and SHAWN BALDWIN. Was to contact his immediate Supervisor or the Superintendent of the PALMER POLICE department.

Once notified that I am a Moroccan Citizen and not a citizen of COMMONWEALTH OF PALMER, MASSACHUSETTS.

The Superintendent was then to notify the Interim Mayor of THE COMMONWEALTH OF PALMER, MASSACHUSETTS, CHRISTOPHER BURNS.

Who was then to notify state officials i.e. MAURA HEALEY GOVERNOR.

The State officials pursuant to 28 U.S.C. 1332 (a)(1)(2) were to immediately inform the federal Government of the Issue of Diversity ad that they were in contact with a national foreign to their jurisdiction the federal government according to Article VI of the Constitution and Article 20 and 21 of The Treaty of peace and friend ship of 1786-1787.

Were to contact the HOLY MOORISH SCIENCE TEMPLE OF SCIENCE TEMPLE #2 and MOORISH SCIENCE HOLY TEMPLE # 5, immediately, in order for the State and City to avoid exercising Jurisdiction they do not have E.g. Personam Jurisdiction.

# 1508. SPECIFICALLY MENTIONED IDENTIFICATION DOCUMENTS -- 18 U.S.C. 1028

Section 1028 of Title 18 designates three special non-federal identification documents and gives them preferred treatment. These three documents, in the absence of a national identity card, are the prime means by which an individual establishes his identity in the United States. The three documents are: (A) birth certificate; (B) driver's license; and (C) personal identification card.

- A. "Birth Certificate" is not defined in 18 U.S.C. § 1028 since it is self-explanatory. This document is issued by different agencies in different states and foreign countries. Nevertheless, it represents the official governmental statement by the proper government agency that a person having such a name was born on a particular date in a particular place of specific parentage. Obviously, a birth certificate is not intended to actually identify the person who claims such a document pertains to him. There are few physical characteristics that remain the same as those at the time of birth. Nevertheless, the birth certificate has become "commonly accepted" as an identification document in this country.
- B. "Driver's License" is not defined in 18 U.S.C. § 1028. The original purpose of this government issued document was to state that a particular person was authorized to operate a vehicle upon the public roadways. It was not intended to establish one's identity. Because of the absence of a better document, however, the driver's license eventually has become "commonly accepted" as the "national identity card." Section 1028 covers both domestic as well as foreign government issued driver's licenses.
- C. "Personal Identification Card" is defined in 18 U.S.C. § 1028(d)(4) to mean "an identification document issued by a State or local government solely for the purpose of identification . . . ." This definition would appear to limit such documents to those issued by domestic (i.e., within the United States) governmental entities in contrast to the first two (birth certificates and driver's licenses). This document is normally issued by state departments of motor vehicles to provide an identification document for those persons who do not for some reason obtain a driver's license. In 1979, the National Committee on Uniform Traffic Laws and Ordinances, authors of the Uniform Vehicle Code (UVC), provided for the issuance of identification cards for non-drivers and restrictions on the unlawful use of such cards. The UVC, which serves as the model state code for vehicular matters, defines a "personal identification card" as "a document issued by the department [of motor vehicles] for the sole purpose of identifying the bearer and not authorized for use as a driver's license." UVC § 1-156 (1987).

[cited in JM 9-64.400]

‹ 1507. Types Of Identification Documents -- 18 U.S.C. 1028           up           1509. Operative Terms -- 18 U.S.C. 1028 ›

DEC 26 PM3:39 USDC

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

_Sharif Sayyid El Bey_
**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

_Shawn Baldwin_
**Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
) Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name c/o _Sharif Sayyid El Bey_
   Street Address _56 Miller St._
   City and County _Springfield, MA_
   State and Zip Code _[ 01104 ]_
   Telephone Number
   E-mail Address

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Shawn Baldwin
- Job or Title (if known): State Police
- Street Address: 4417 Main St.
- City and County: Palmer, Massachusetts
- State and Zip Code: 01069
- Telephone Number: 413 283 8792
- E-mail Address (if known):

Defendant No. 2
- Name: Justin Wall
- Job or Title (if known): State Police
- Street Address: 4417 Main St.
- City and County: Palmer, Massachusetts
- State and Zip Code: 01069
- Telephone Number: 413 283 8792
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. U.SC 18 § 241, 242
4 Amendment, 5 Amendment of the USA Constitution
Article 21 + 22 of the treaty of Aminity and Commerce of 1787
ETC.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* Sharif Sayyid EL Bey is a citizen of the State of *(name)* Morocco.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* SHawn BaLDWin, is a citizen of the State of *(name)* Massachusetts. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

$4,999.000 per count

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 26, 2023

Signature of Plaintiff: Sharif Sayyid El Bey

Printed Name of Plaintiff: Sharif Sayyid El Bey

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____